IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**ANTHONY BRIAN THOMAS**                                                 **PETITIONER**

**V.**                         **CAUSE NO. 3:14-CV-834-CWR-LRA**

**MARSHALL L. FISHER, Commissioner of**                     **RESPONDENT**
**the Mississippi Department of Corrections**[1]

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court pursuant to the Report and Recommendation of United States Magistrate Judge Linda R. Anderson, which was entered on February 18, 2015. Docket No. 9. The Report and Recommendation clearly notified the parties that failure to file written objections to the findings and recommendations contained therein within 14 days after service would bar further appeal in accordance with 28 U.S.C. § 636 and Federal Rule of Civil Procedure 72. *Id*.

This Court, finding that there has been no submission of written objections by any party, hereby adopts the Report and Recommendation as the Order of this Court. Accordingly, the petitioner's motion to supplement is denied, the respondent's motion to dismiss is denied as moot, and the respondent shall answer the petition within 30 days.

**SO ORDERED**, this the 13th day of March, 2015.

                                                           s/ Carlton W. Reeves
                                                           UNITED STATES DISTRICT JUDGE

---

[1] Marshall Fisher is automatically substituted as the respondent under Federal Rule of Civil Procedure 25(d).