IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**ANTHONY BRIAN THOMAS** **PETITIONER**

**V.** **CAUSE NO. 3:14-CV-834-CWR-LRA**

**MARSHALL L. FISHER,** **RESPONDENT**
**COMMISSIONER OF MDOC**

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court pursuant to the Report and Recommendation of United States Magistrate Judge Linda R. Anderson, which was filed on July 9, 2015. Docket No. 15. The Report and Recommendation clearly notified the parties that failure to file written objections to the findings and recommendations contained therein within 14 days after service would bar further appeal in accordance with 28 U.S.C. § 636. *Id*.

This Court, finding that there has been no submission of written objections by any party, hereby adopts said Report and Recommendation as the Order of this Court. Accordingly, the petitioner's motion to hold his habeas petition in abeyance, Docket No. 11, is denied.

**SO ORDERED**, this the 30th day of July, 2015.

s/ Carlton W. Reeves
UNITED STATES DISTRICT JUDGE